**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POWER ENERGY SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>POWER HOME REMODELING GROUP, LLC,<br><br>Defendant. | CASE NO. 2:26-cv-07511-MKC |

**DEFENDANT POWER HOME REMODELING GROUP, LLC'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Power Home Remodeling Group, LLC hereby states that there is no publicly held corporation owning 10% or more of Power Home Remodeling Group, LLC's stock. Power Home Remodeling Group, LLC's sole member is PHRG Intermediate, LLC. There are no other persons or entities that are financially interested in this litigation.

Respectfully submitted,

**DUANE MORRIS LLP**

/s/ Jeffrey S. Pollack
Jeffrey S. Pollack (91888)
Christiane S. Campbell (200640)
Lauren C. Matturri (329785)
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1000
Fax: (215) 979-1020

Attorneys for Defendant Power Home Remodeling Group, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I caused a copy of the foregoing to be served via the Court's CM/ECF filing system.

/s/ Jeffrey S. Pollack
Jeffrey S. Pollack